UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN MARIE KENDALL,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON DATA SERVICES LLC, et al.,<br><br>Defendants. | Case No. 22-cv-05324-SK<br><br>**ORDER GRANTING STIPULATION, APPROVING PAGA SETTLEMENT AND GRANTING MOTION TO SEAL**<br><br>Regarding Docket Nos. 47, 51 |

This matter is before the Court on the parties' joint stipulation to approve the parties' PAGA settlement. In November 2023, the parties consented to the jurisdiction of a magistrate judge (Dkt. Nos. 44, 45.), and on December 11, 2023, the District Court reassigned this case to the undersigned. (Dkt. No. 49.) Having reviewed the motion, brief in support, and the settlement agreement, the Court hereby grants the stipulation and orders the following:

1. The PAGA portion of the Settlement Agreement is approved;
2. Plaintiff's individual claims, including Plaintiff's individual PAGA claim, are DISMISSED WITH PREJUDICE;
3. Plaintiff's representative PAGA claim is DISMISSED WITHOUT PREJUDICE as to the LWDA or any other potentially aggrieved employees; and
4. Plaintiff's putative class claims are DISMISSED WITHOUT PREJUDICE as to any putative class member.
5. In addition, the parties' motion to seal (Dkt. No. 51) is GRANTED. The Clerk shall file under seal the portion of Exhibit 1 to the Declaration of Kristy R. Connolly as identified in the table below:

/ / /

/ / /

| Document | Requested Sealing |
|---|---|
| Exhibit 1 to the Declaration of Kristy R. Connolly submitted in support of the Second Joint Stipulation to Approve PAGA Settlement | Certain highlighted information on page 2 showing the amount and allocation of the individual settlement amount for Plaintiff's individual wage and hour claims |

**IT IS SO ORDERED**.

Dated: December 21, 2023



SALLIE KIM
United States Magistrate Judge